STATE OF MONTANA, ON THE RELATION OF MILES CITY FORD, A CORPORATION, RELATOR, *v.* THE DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT OF THE STATE OF MONTANA, IN AND FOR THE COUNTY OF BEAVERHEAD; AND THE HONORABLE FRANK E. BLAIR, JUDGE THEREOF, RESPONDENTS.

No. 13764.
April 4, 1977.
562 P.2d 478.

## ORDER

An application and memorandum in support of a writ for supervisory control or other appropriate writ has been received by this Court in the above entitled cause.

The same having been read and discussed by the Court, it is determined that the Court will not interfere with the trial court's decision.

THEREFORE IT IS ORDERED that the application for writ of supervisory control or other appropriate writ is hereby denied.